IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06cv11 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| $19,500 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| JEAN CLAUDE DANOIS, Claimant. | ) | |

Upon notice of settlement given to the magistrate judge by Nancy Svoboda, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **September 7, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge at Gossett@ned.uscourts.gov a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The non-jury trial set for August 16, 2006, is cancelled upon the representation that this case is settled.

Dated: August 7, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge